MN,ND-305
(5/94)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

**Unclaimed Dividends and/or
Distributions Less Than $5 For Deposit To Registry Fund**

Debtors:    James Robert Van Heel

Chapter 7

Case No. 05-35600

Please Check One:

_____ Unclaimed Dividends

__X__ Distribution Less Than $5

| Name and Address of Creditor | Claim Number | Amount Claimed | Distribution Amount |
|---|---|---|---|
| US Bank, N.A.<br>PO Box 5229<br>Cincinnati, OH 45201 | 5 | $552.85 | $4.40 |

Date: August 2, 2011

Mary Jo A. Jensen-Carter, Trustee
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475